UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JONATHAN LEE RICHES,

    Plaintiff,

v.

    Case Number 07-14469-BC
    Honorable Thomas L. Ludington

CHRISTINA AGUILERA, JORDAN BARTMAN,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE, AND ENJOINING PLAINTIFF FROM FILING FUTURE ACTIONS WITHOUT LEAVE OF THE COURT

This matter is before the Court on a report issued by Magistrate Judge Charles E. Binder on December 28, 2007, recommending that Plaintiff Jonathan Lee Riches' complaint be *sua sponte* dismissed with prejudice, where his fantastical allegations do not state a claim upon which relief can be granted, and that Plaintiff be enjoined from filing future actions without leave of the Court. As of today's date, Plaintiff has not filed any objections to the magistrate judge's report and recommendation. The plaintiff's failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the reasoning and conclusion of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt #3] is **ADOPTED**, that Plaintiff's complaint is **DISMISSED WITH PREJUDICE**, and that Plaintiff is **ENJOINED** from filing any civil complaints in this Court without proof of the Court's permission.

        s/Thomas L. Ludington
        THOMAS L. LUDINGTON
        United States District Judge

Dated: February 5, 2008

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 5, 2008.

        s/Tracy A. Jacobs
        TRACY A. JACOBS